**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 95-7391**

————————————

KHALIL ALI AL-MUNIN IBN-THORPE, a/k/a Kahill
Kashon Thorpe,

Plaintiff - Appellant,

versus

JAMES SEWELL,

Defendant - Appellee,

and

STANLEY R. WITKOWSKI, Warden, Perry Correc-
tional Institution, in his individual and
official capacity; CHARLES BROCK, Associate
Warden, Perry Correctional Institution, in his
individual and official capacity; JOHN DOE
SEWELL, Captain for Perry Correctional Insti-
tution in his individual and official capac-
ity; FLORA BOYD; JOHN DOE FUNDERBURK, Captain
for Evans Correctional Institution, in his
individual and official capacity,

Defendants.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-94-1321-6-3AK)

————————————

Submitted:  January 18, 1996      Decided:  February 5, 1996

————————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

————————————

---

Affirmed by unpublished per curiam opinion.

---

Khalil Ali Al-Munin Ibn-Thorpe, Appellant Pro Se.  Ronald Keith Wray, II, GIBBES & CLARKSON, P.A., Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>Thorpe v. Sewell</u>, No. CA-94-1321-6-3AK (D.S.C. Aug. 1, 1995). Finally, to the extent that Appellant may have raised a claim that he was denied the right to practice his religion while on segregation, he waived his right to appeal any error by the district court by failing to object to the magistrate judge's report regarding this claim. <u>See</u> <u>Wright v. Collins</u>, 766 F.2d 841, 845-46 (4th Cir. 1985). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3